**Order filed September 21, 2017**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-17-00635-CV

_____

**JAMES E. ELBAOR, Appellant**

**V.**

**RAVI MOPARTY, ET AL, Appellees**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-15978**

---

## O R D E R

Appellee/cross-appellant **Fadi Ghanem** filed a notice of appeal in this case on August 17, 2017. To date, the filing fee of $205.00 has not been paid. No evidence that Ghanem is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5.

Accordingly, Ghanem is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **October 2, 2017.** *See* Tex. R. App. P. 5. If Ghanem fails to timely pay the fee, the appeal will be dismissed.

PER CURIAM